## STATE OF CONNECTICUT *v.* LEROY K. HARRIS
(AC 25456)

Dranginis, Flynn and Stoughton, Js.

Argued December 8—officially released December 28, 2004

Per Curiam. The judgment is affirmed.

## JUAN SEABROOK *v.* COMMISSIONER OF CORRECTION
(AC 24795)

Foti, Schaller and McLachlan, Js.

Submitted on briefs December 2—officially released December 28, 2004

Per Curiam. The habeas court did not abuse its discretion in denying the petitioner's request for certification to appeal from the denial of his writ of habeas corpus.

The appeal is dismissed.